IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TERRELL PRINCE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv502-MHT |
| | ) | (WO) |
| PAMELA HARRIS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION

Pursuant to 28 U.S.C. § 2241, petitioner, who is incarcerated in a state facility, filed this lawsuit seeking habeas relief. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioner's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate order and judgment will be entered.

DONE, this the 27th day of July, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE