IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TERRELL PRINCE,                )<br>                               )<br>     Petitioner,                )<br>                               )<br>     v.                        )<br>                               )<br> PAMELA HARRIS, Warden,         )<br>                               )<br>     Respondent.               ) | CIVIL ACTION NO.<br>2:25cv502-MHT<br>(WO) |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 5) is adopted.

(2) The 28 U.S.C. § 2241 petition for writ of habeas corpus (Doc. 1) is dismissed without prejudice for failure to prosecute and failure to comply with a court order to pay the filing fee or file a motion to proceed in forma pauperis.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 27th day of July, 2026.

                              /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE